ENTERED - SOUTHERN DIVISION
CLERK, U.S. DISTRICT COURT

JAN 25 2013

CENTRAL DISTRICT OF CALIFORNIA
BY ___ DEPUTY

FILED - SOUTHERN DIVISION
CLERK, U.S. DISTRICT COURT

JAN 25 2013

CENTRAL DISTRICT OF CALIFORNIA
BY Shy DEPUTY

JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| HENRY LEON NEWMAN,<br><br>    Petitioner,<br><br>    v.<br><br>M. E. SPEARMAN, Warden,<br><br>    Respondent. | Case No. CV 12-10553 JAK (AN)<br><br>JUDGMENT |

IT IS HEREBY ADJUDGED that this action is dismissed with prejudice for the reasons set forth in the related Order.

DATED: January 24, 2013

_____
JOHN A. KRONSTADT
UNITED STATES DISTRICT JUDGE